## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 24-cr-286 (APM)** |
| | **:** | |
| **JULIAN AIRES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Julian Aires, through counsel, hereby submit this Joint Status Report per the Court's Minute Order of January 14, 2025.  The Government states as follows:

1.      On June 12, 2024, the defendant was charged by consent in a one-count criminal Information with Conspiracy to Violate the Foreign Corrupt Practices Act, in violation of 18 U.S.C. § 371.

2.      On July 15, 2024, the defendant pled guilty to the one-count criminal Information.

3.      The defendant has agreed to cooperate with the Government in its continuing investigation.

4.      The defendant remains on release on his personal recognizance. Since the defendant's entry of his guilty plea, he has agreed to continue to make himself available should the Government need to meet with him.

5.      Accordingly, the Government asks that it be allowed to file another status report with the Court on or before Tuesday, July 15, 2025, to update the Court on the status of the defendant's cooperation, and whether, at that time, the parties are ready to proceed to sentencing.

6.     The Government has conferred with counsel for the defendant.  The defense concurs and jointly makes this request.

WHEREFORE, the Government asks that it be permitted to file another status report on or before July 15, 2025.


Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY


By:      /s/ Madhu Chugh
MADHU CHUGH
D.C. BAR NO. 992122
Assistant United State Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-6718


LORINDA LARYEA
ACTING CHIEF
FRAUD SECTION

By:      /s/ Katherine Raut
KATHERINE RAUT
CA BAR # 261696
Assistant Chief
Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
(202) 514-2000


Dated: March 13, 2025